# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

## No. ACM S32688

————————————

## UNITED STATES
*Appellee*

**v.**

## Nestor J. GUERECA TORRES
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 26 April 2022

————————————

*Military Judge:* Brett A. Landry.

*Sentence:* Sentence adjudged on 18 March 2021 by SpCM convened at Holloman Air Force Base, New Mexico. Sentence entered by military judge on 30 March 2021: Bad-conduct discharge, confinement for 37 days, restriction to the limits of Holloman Air Force Base, New Mexico, for 30 days, forfeiture of $1,190.00 pay per month for 2 months, reduction to E-1, and a reprimand.

*For Appellant:* Major Jenna M. Arroyo, USAF; Major Jarett Merk, USAF.

*For Appellee*: Major John P. Patera, USAF; Mary Ellen Payne, Esquire.

Before POSCH, RICHARDSON, and CADOTTE, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d)

(*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.


FOR THE COURT

CAROL K. JOYCE
Clerk of the Court